# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE DESELMS,<br><br>            Plaintiff,<br><br>vs.<br><br>CLIENT SERVICES, INC.,<br><br>            Defendant. | Case no. 2:12-CV-07600-DMG-AGR<br><br>**ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** [16] |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the entire action be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 16, 2012    _____

Dolly M. Gee, United States District Judge

1

07211.00:189146                                **ORDER Re: Dismissal**